# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2022-2061
_____

MCHENRY LITTLETON,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____


On appeal from the County Court for Bay County.
Shane Vann, Judge.

December 27, 2023


PER CURIAM.

AFFIRMED. *See Parks v. State,* 371 So. 3d 392 (Fla. 1st DCA 2023) (allowing the trial court to assess a mandatory prosecution cost without a request by the State).

OSTERHAUS, C.J., and B.L. THOMAS and WINOKUR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Jessica J. Yearly, Public Defender, and Lori A. Willner, Assistant Public Defender, Tallahassee, for Appellant.

Ashley Moody, Attorney General, and Christina Piotrowski and Adam B. Wilson, Assistant Attorneys General, Tallahassee, for Appellee.